UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SELINA VALENCIA, individually and on behalf
of all others similarly situated,

                Plaintiff,

-against-                              23 **CIVIL** 1399 (CS)

**JUDGMENT**

SNAPPLE BEVERAGE CORP.,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2024, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      March 18, 2024

                                                        **RUBY J. KRAJICK**

                                                          Clerk of Court

                              BY:

                                                          **Deputy Clerk**